# COURTROOM MINUTES

- ☑ INITIAL APPEARANCE
- ☐ RULE 40 HEARING
- ☐ DETENTION HEARING
- ☐ COUNSEL DETERMINATION HEARING
- ☐ PRELIMINARY HEARING
- ☐ BOND HEARING
- ☐ HEARING CONTINUED ON _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED 6/6/11
DAVID BRADLEY, Clerk

OPEN: 10:35  ADJOURN: 10:50
RECESS FROM: _____ TO: _____

THE HONORABLE **MARY MILLOY**, Presiding, Courtroom 701
Case Manager: Cindy Jantowski
ERO: R. Saldana
Pretrial Services Officer: V. Pendley

☐ Other District _____
☐ Other Division _____
Case No. _____

INTERPRETER REQUIRED: ☑ No  ☐ Yes, Name: _____

Criminal No. **11-624-M**   Defendant No. _____   USDJ _____

UNITED STATES OF AMERICA

vs
Jason M. Lau (1)
John D. Paz (2)
John P. Griffin (3)
Albert Richard (4)

Andrew Leuchtmann, AUSA

Dustan Neyland — R
Cornell Williams — R

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- ☐ Date of arrest: _____ or ☐ karsr40
- ☐ Deft first appearance. Deft advised of rights/charges ☐ SRT/Probation violator ☐ Pretrial Release Violator
- ☑ 1,3 — Deft first appearance with counsel.
- ☑ 2,4 — Deft _____ appeared ☐ with ☑ without counsel.
- ☑ 2 — Requests appointed counsel. (4) Court orders defendant to pay $3,000 on or before 8/15/11 to CJA Fund
- ☑ 2,4 — FINANCIAL AFFIDAVIT executed.
- ☑ 2 — Order appointing Federal Public Defender.
- ☑ 4 — Private Counsel appointed, CJA
- ☐ Deft advises he/she will retain counsel. He/she retained _____
- ☑ 2 — Bond ☑ set $30,000 ☐ Cash ☐ Surety ☐ 10% ☐ PR ☑ Unsecured ☐ $_____ Deposit.
- ☐ Bond ☐ revoked ☐ reinstated.
- ☑ Deft advised of conditions of release.
- ☑ Surety signatures required (2) _____, _____
- ☐ No bond set at this time, 10 day DETENTION ORDER entered.
- ☑ 1,3,4 — ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- ☐ ORDER OF DETENTION PENDING TRIAL entered.
- ☐ Court finds ☐ IDENTITY ☐ Probable Cause.
- ☑ 2 — BOND EXECUTED and defendant released.
- ☑ 1,3,4 — Deft REMANDED to CUSTODY. ☐ Deft ORDERED REMOVED to Originating District.
- WAIVER of ☐ Preliminary ☐ Identity ☐ Detention Hearing ☐ Detention Hearing in this district ☐ State Custody
- Detention Hearing set 1,3,4  6/10/11 @ 11:00 AM
- Arraignment set _____
- ☑ ALL — Preliminary set 6/10/11 @ 11:00 AM   ☐ Counsel Determination Hearing set _____
- ☐ Identity/Removal Hearing set _____
- ☐ Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR)