# IN THE UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas
### Houston Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Plaintiff, ) | Case No. 4:11-mj-00624 |
| ) | |
| v. ) | |
| ) | |
| JASON MICHAEL LALL, ) | |
| ) | |
|     Defendant. ) | |

### ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

COMES NOW, the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel for the above named Defendant.

Dated this 6th day of June, 2011

                                                Respectfully submitted,

                                                 /s/ Dustan Neyland
                                                Dustan Neyland
                                                Attorney for the Defendant
                                                Texas Bar Number 24058019
                                                Four Kingwood Place
                                                900 Rockmead, Suite 132
                                                Kingwood, TX 77339
                                                (281) 312-0155
                                                (281) 312-0154 (Fax)